IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES LUTHER BRYSON,

    Plaintiff,

v.                                                                         Case No. 22-1158-JWB

STATE OF KANSAS, et al.

    Defendants.

**MEMORANDUM ORDER**

      This matter is before the court on the July 25, 2022, Report and Recommendation (Doc. 6) by United States Magistrate Judge Kenneth G. Gale, which recommended that Plaintiff James Luther Bryson's complaint (Doc. 1) be DISMISSED. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

      Plaintiff was advised that specific written objections were due within 14 days after being served with a copy of the Report and Recommendation. (Doc. 6, at 12.) Plaintiff has filed a timely objection (Doc. 7) to the magistrate judge's Report and Recommendation. However, Plaintiff's objection is devoid of "specific written objections" to any proposed finding or recommendation of the magistrate judge. Fed. R. Civ. P. 72(b)(2). Instead, Plaintiff lists without explanation various numbers.[1] (Doc. 7.) Plaintiff's failure to properly object to any portion of the Recommendation leaves him with no entitlement to appellate review. *Williams v. United States*, No. 19-2476-JAR-JPO, 2019 WL 6167514, at *1 (D. Kan. Nov. 20, 2019) ("The Tenth Circuit requires that objections

---

[1] Some of these numbers appear to be citations to various statutes, although it is not entirely clear if that is what Plaintiff intended. (Doc. 7.) Regardless, Plaintiff does not explain what these numbers mean or specify any written objections.

to a magistrate judge's recommended disposition 'be both timely and specific to preserve an issue for de novo review by the district court . . .'") (quoting *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The court agrees with the reasoning of Judge Gale's analysis and recommendations and finds that "there is no clear error on the face of the record." *See* Fed. R. Civ. P. 72(b) advisory committee's note. Thus, the court ADOPTS the Report of the magistrate judge as the findings and conclusions of this court. Accordingly, Plaintiff's complaint (Doc. 1) is DISMISSED.

IT IS SO ORDERED this 12th day of September, 2022.

                                                    _____s/ John W. Broomes_____
                                                    JOHN W. BROOMES
                                                    UNITED STATES DISTRICT JUDGE